Henry M. Burgoyne, III, State Bar No. 203748
BURGOYNE LAW GROUP
870 Market Street, Suite 985
San Francisco, California 94102
(916) 209-0910 – Tel.
(415) 680-2335 – Facsimile

Attorneys for Plaintiff SOURCIS, Inc.

James Kachmar, State Bar No. 216781
**weintraub tobin** chediak coleman grodin
law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Defendant
BRAVO DEVELOPMENT GROUP, INC.

Robert D. Swanson, State Bar No. 162816
Michael E. Chase, State Bar No. 214506
BOUTIN JONES INC.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603

Attorneys for Defendant DEREK C. DECKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOURCIS, INC, a California corporation,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>BRAVO DEVELOPMENT GROUP, INC., a  )<br>California corporation; et al.,  )<br>  )<br>    Defendants.  )<br>  )<br>  )<br>_____ ) | Case No.:  2:15-cv-01588-TLN-KJN<br><br>**STIPULATION AND ORDER MODIFYING ORDER REQUIRING JOINT STATUS REPORT**<br><br>Complaint Filed:  July 23, 2015<br>FAC Filed:  September 18, 2015 |

Plaintiff SOURCIS, INC. ("Plaintiff"), Defendant Bravo Development Group, Inc.

---

1

("Bravo") and Defendant Derek C Decker ("Decker"), by and through their counsel of record, hereby submit the following stipulation and [proposed] Order to modify the Order Requiring Joint Status Report (Dckt. # 2) to extend the time for all parties named in the First Amended Complaint to conduct a joint Fed. R. Civ. P. 26(f) conference and submit a <u>joint status report</u> that includes the Rule 26(f) discovery plan as follows:

WHEREAS, Plaintiff filed the Complaint (Dckt. # 1) in this matter on July 23, 2015, and asserted claims against Bravo only;

WHEREAS, Bravo filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on August 28, 2015 (Dckt. # 6);

WHEREAS, Plaintiff filed the First Amended Complaint (Dckt. # 7) on September 18, 2015, which in addition to asserting claims against Bravo, alleged claims against Decker;

WHEREAS, Plaintiff served the First Amended Complaint on Decker on September 28, 2015 (Dckt. # 10), and Decker has yet to file a responsive pleading or motion in this matter;

WHEREAS, counsel for Plaintiff and Bravo conducted a conference pursuant to Fed. R. Civ. P. 26(f) on September 29, 2015, during which they agreed to exchange their Initial Disclosures on or before October 13, 2015 and that Bravo would have until October 12, 2015, in which to file a responsive pleading to the First Amended Complaint;

WHEREAS, Decker's counsel filed a notice of appearance on October 8, 2015;

WHEREAS, Plaintiff and Bravo believe it will be in the interests of the Court and all parties to conserve judicial resources by having all parties participate in a further Fed. R. Civ. P. 26(f) conference and submit a single Joint Status Report as required;

WHEREAS, counsel for all parties have agreed to conduct a further Fed. R. Civ. P. 26(f) conference on October 28, 2015;

WHEREAS, Plaintiff and Bravo anticipate that a Joint Status Report, including all parties named in the First Amended Complaint, can be prepared and submitted to the Court within 14 days thereof, or no later than November 12, 2015 (November 11th being a Federal Holiday);

Stip. & Order Modifying Order Requiring Joint Status Report

1  WHEREAS, the parties agree that as a result of Plaintiff and Bravo's September 29, 2015 Fed. R. Civ. P. 26(f) conference, discovery is open as between Plaintiff and Bravo;

THEREFORE, Plaintiff and Bravo, by and through their counsel of record, stipulate that the Court enter an Order as follows:

1. Paragraph 4 of the Order Requiring Joint Status Report is modified as follows: (a) all parties named in the First Amended Complaint shall participate in a Fed. R. Civ. P. 26(f) conference on or before October 28, 2015, and (b) the parties shall file a Joint Status Report on or before November 12, 2015.

IT IS SO STIPULATED.

Dated: October 12, 2015         BURGOYNE LAW GROUP

By:  /s/ Henry M. Burgoyne
     Henry M. Burgoyne, III
     Attorneys for Plaintiff Sourcis, Inc.

Dated: October 12, 2015         **WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN**
                                Law Corporation

By:  /s/ - James Kachmar
     James Kachmar

     Attorneys for Defendant Bravo Development Group, Inc.

Dated: October 12, 2015         **BOUTIN JONES INC.**

By:  /s/ - Michael E. Chase
     Robert D. Swanson
     Michael E. Chase

     Attorneys for Defendant Derek C. Decker

IT IS SO ORDERED.
Dated: October 15, 2015

Troy L. Nunley
United States District Judge

3                                   Stip. & Order Modifying Order
                                    Requiring Joint Status Report