Henry M. Burgoyne, III, State Bar No. 203748
BURGOYNE LAW GROUP
870 Market Street, Suite 985
San Francisco, California 94102
(916) 209-0910 – Tel.
(415) 680-2335 – Facsimile

Attorneys for Plaintiff SOURCIS, Inc.

James Kachmar, State Bar No. 216781
**weintraub tobin** chediak coleman grodin
law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Defendant
BRAVO DEVELOPMENT GROUP, INC.

Robert D. Swanson, State Bar No. 162816
Michael E. Chase, State Bar No. 214506
BOUTIN JONES INC.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603

Attorneys for Defendant DEREK C. DECKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOURCIS, INC, a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRAVO DEVELOPMENT GROUP, INC., a California corporation; et al.,<br><br>　　　　Defendants. | Case No.:  2:15-cv-01588-TLN-KJN<br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF HEARING DATE ON DEFENDANT BRAVO DEVELOPMENT GROUP, INC.'S MOTION TO DISMISS AND ANTI-SLAPP MOTION**<br><br>Complaint Filed:  July 23, 2015<br>FAC Filed:  September 18, 2015 |

Plaintiff SOURCIS, INC. ("Plaintiff"), Defendant Bravo Development Group, Inc.

---

1

Stip. &  Order Continuing
Hearing on Bravo's Motions

("Bravo") and Defendant Derek C. Decker ("Decker"), by and through their counsel of record, hereby submit the following Stipulation and [Proposed] Order re: Continuance of Hearing Date on Defendant Bravo's Motions:

    1.    WHEREAS, on October 12, 2015, Bravo filed its Motion to Dismiss (Dckt. #15) and Motion to Strike Lawsuit Against Public Policy ("Anti-SLAPP Motion") (Dckt. #14) which were set for hearing on November 19, 2015;

    2.    WHEREAS, counsel for Plaintiff was in trial through October 27, 2015 and has requested that the hearing date be continued to allow Plaintiff additional time to prepare its oppositions to the motions;

    3.    WHEREAS, Bravo is agreeable to continuing the hearing on its Motion to Dismiss and Anti-SLAPP Motion to December 10, 2015;

    4.    WHEREAS, given the intervening Thanksgiving holidays, the parties agree to modify the briefing schedule as follows:

        a.    Plaintiff's Oppositions to the Motion to Dismiss and Anti-SLAPP Motion shall be filed on or before November 20, 2015;

        b.    Any reply briefs by Bravo shall be filed on or before December 2, 2015.

    5.    WHEREAS, the parties agree that discovery commenced after the joint F.R.C.P. Rule 26(f) conference currently as held on October 28, 2015.

THEREFORE, the parties hereto stipulate and request the Court to issue an Order that:

    1.    The hearing on Bravo's Motion to Dismiss and Anti-SLAPP Motion be continued to December 10, 2015;

    2.    Any oppositions to such motions be filed on or before November 20, 2015;

    3.    Any reply briefs in support of said motions be filed on or before December 2, 2015; and

    4.    Discovery commenced after the parties' joint F.R.C.P. Rule 26(f) conference on October 28, 2015.

weintraub tobin chediak coleman grodin
law corporation

IT IS SO STIPULATED.

Dated:  November 3, 2015          BURGOYNE LAW GROUP


By:   /s/ - Henry M. Burgoyne, III
        Henry M. Burgoyne, III
        Attorneys for Plaintiff Sourcis, Inc.


Dated: November 3, 2015          **WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN**
                                 Law Corporation


By:   /s/ - James Kachmar
        James Kachmar

        Attorneys for Defendant Bravo Development Group, Inc.


Dated: November 3, 2015          **BOUTIN JONES INC.**


By:   /s/ - Michael E. Chase
        Robert D. Swanson
        Michael E. Chase

        Attorneys for Defendant Derek C. Decker


IT IS SO ORDERED.

Dated:  November 3, 2015

_____
Troy L. Nunley
United States District Judge