Henry M. Burgoyne, III, State Bar No. 203748
BURGOYNE LAW GROUP
870 Market Street, Suite 985
San Francisco, California 94102
(916) 209-0910 – Tel.
(415) 680-2335 – Facsimile

Attorneys for Plaintiff SOURCIS, Inc.

James Kachmar, State Bar No. 216781
**weintraub tobin** chediak coleman grodin
law corporation
400 Capitol Mall, 11th Floor
Sacramento, CA  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Non-Party Witness
BRAVO DEVELOPMENT GROUP, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOURCIS, INC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRAVO DEVELOPMENT GROUP, INC., a California corporation; et al.,<br><br>Defendants. | Case No.:  2:15-cv-01588-TLN-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF HEARING DATE ON NON-PARTY WITNESS BRAVO DEVELOPMENT GROUP, LLC'S MOTION TO QUASH, OR IN THE ALTERNATIVE, MOTION TO MODIFY SUBPOENA**<br><br>Complaint Filed:  July 23, 2015<br>FAC Filed:  September 18, 2015 |

Plaintiff SOURCIS, INC. ("Plaintiff") and Non-Party Witness Bravo Development Group, LLC ("Bravo LLC"), by and through their counsel of record, hereby submit the following Stipulation and [Proposed] Order re: Continuance of Hearing Date on Non-Party Witness Bravo LLC's Motion to Quash, or in the alternative, Motion to Modify Subpoena ("Motion to Quash") (Dckt. # 25):

1.  WHEREAS, on November 6, 2015, plaintiff served Non-Party Witness Bravo LLC with a subpoena duces tecum requiring the production of responsive documents by 10 a.m. on November 16, 2015;

2.  WHEREAS, on November 16, 2015, Non-Party Witness Bravo LLC filed its Motion to Quash, and scheduled the hearing on the motion for December 17, 2015;

3.  WHEREAS, the parties to this action have reached an agreement to settle all disputes between them, including the claims asserted in this action, and are in the process of preparing a formal settlement agreement;

4.  WHEREAS, plaintiff and Bravo LLC believe that it is in the interests of the parties and the Court to continue the hearing on Bravo LLC's Motion to Quash so that the settlement documents can be finalized and a stipulation for dismissal of this action filed with the Court.

THEREFORE, plaintiff and Bravo LLC hereby stipulate and request the Court to issue an Order that:

1.  The hearing on Bravo LLC's Motion to Quash is continued to January 21, 2016.

**IT IS SO STIPULATED.**

Dated:  December 10, 2015        **BURGOYNE LAW GROUP**

By:     /s/ - Henry M. Burgoyne, III
        Henry M. Burgoyne, III
        Attorneys for Plaintiff Sourcis, Inc.

Dated: December 10, 2015         **WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN**
                                 Law Corporation

By:     /s/ - James Kachmar
        James Kachmar

Attorneys for Non-Party Witness Bravo Development Group, LLC

/ / /

weintraub tobin chediak coleman grodin
law corporation

**IT IS SO ORDERED.**

Dated:  December 14, 2015

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE