BURGOYNE LAW GROUP
Henry M. Burgoyne, III (SBN 203748)
Joseph S. Chun (SBN 240208)
870 Market Street, Suite 985
San Francisco, CA 94102
Telephone: (916) 209-0910
Fax: (415) 680-2335
Hank@BurgoyneLawGroup.com
Joseph@BurgoyneLawGroup.com

Attorneys for Plaintiff SOURCiS, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| SOURCIS, INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>BRAVO DEVELOPMENT GROUP, INC., a California corporation; DEREK C. DECKER, an individual; and DOES 2 through 50, inclusive;<br><br>  Defendants. | CASE NO.  2:15-CV-01588-TLN-KJN<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR EXTENSIONS OF TIME IN WHICH TO FILE OPPOSITIONS TO DEFENDANTS BRAVO, INC. AND DEREK DECKERS' MOTIONS TO DISMISS AND MOTIONS TO STRIKE STRATEGIC LAWSUIT AGAINST PUBLIC PARTICIPATION (ANTI-SLAPP)** |

Good cause appearing, on ex parte motion of Plaintiff SOURCiS, Inc. ("SOURCiS"), it is hereby ordered that:  1) SOURCiS shall have until 12:40 am on November 21, 2015 to file its Oppositions to Defendant Bravo Development Group, Inc.'s Motion to Dismiss (Docket No. 15 dated October 12, 2015) and Motion to Strike (Docket No. 14, dated October 12, 2015); and 2) SOURCiS shall have until 12:40 am on November 26, 2015 to file its Opposition to Defendant Derek Decker's Motion to Dismiss.

IT IS SO ORDERED.

Dated:  December 15, 2015

_____
Troy L. Nunley
United States District Judge

Case No.: 2:15-CV-01588-TLN-KJN              ORDER GRANTING PLAINTIFF'S EX PARTE
                                              MOTION FOR EXTENSIONS OF TIME

1